WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Eitan Maximov,<br><br>Defendant. | No. CR-10-0822-PHX-DGC<br><br>**ORDER** |

Defendant Eitan Maximov moves the Court to limit its criminal forfeiture order because the forfeiture provision in the indictment does not refer to conspiracy to commit wire fraud and the jury's general verdict on count one (conspiracy to commit wire fraud and conspiracy to commit bank fraud) does not show that Maximov was convicted of conspiracy to commit bank fraud. Doc. 341 at 1-2. Maximov argues that to the extent the Court finds he was convicted of conspiracy to commit bank fraud, the government may only retain assets which it shows by a preponderance of evidence are derived from or traceable to this conspiracy. *Id.* at 1, 3.

The government responds that Maximov's motion is moot because it has not sought forfeiture under the indictment owing to the fact that any assets connected to the charged conspiracy were no longer in Maximov's possession at the time of his arrest in 2008. Doc. 378 at 2. The government maintains, however, that Maximov does not have the right to the return of three seized firearms due to his status as a convicted felon or to any seized items that have evidentiary value pending resolution of Maximov's appeal. *Id.* at 2-5.

Because the government has not sought to retain assets pursuant to the forfeiture provision in the indictment, the Court will deny the motion to limit its forfeiture order. The Court will enter the judgment in this case without including forfeiture amount. The parties shall confer to resolve the disposition of any items being retained by the government and shall contact the Court if they are unable to reach agreement.

**IT IS ORDERED** that Defendant Eitan Maximov's motion to limit the forfeiture order and motion for return of property (Doc. 341) is **denied** as moot.

Dated this 14th day of May, 2012.

David G. Campbell
United States District Judge